# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**HOWARD HARRIS,**

      **Plaintiff,**

**vs.**                            **Case No.: 2:14-cv-045**
                                           **JUDGE SMITH**
                                           **Magistrate Judge Kemp**

**CITY OF COLUMBUS DIVISION**
**OF POLICE,** *et al.***,**

      **Defendants.**

## ORDER

On February 7, 2014, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending that Plaintiff's Motion to Remand be granted if his amended complaint pleads claims arising solely under state law (Doc. 15).  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

Plaintiff has filed his amended complaint which no longer contains any federal claims. The Columbus Defendants have filed a notice with the Court acknowledging this and the fact that the Court, in its discretion, can remand to state court.  Therefore, Defendants have not filed any objections.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Motion to Remand is therefore **GRANTED**.  This case is hereby remanded to the Franklin County Court of Common Pleas.

The Clerk shall remove Documents 6 and 15 from the Court's pending motions list.

**IT IS SO ORDERED**.

/s/ *George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Motion to Remand is therefore **GRANTED**.  This case is hereby remanded to the Franklin County Court of Common Pleas.

The Clerk shall remove Documents 6 and 15 from the Court's pending motions list.

**IT IS SO ORDERED**.

/s/ *George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**